# Exhibit A

## to Declaration of Vijay Karthik

## − Conditions of Use

When you use this website, you are automatically agreeing that both your access to the site and your use of it are:

- Subject to the terms and conditions in this legal notice, which may change at any time without notice.
- Subject to all applicable laws.
- Undertaken at your own risk.

Please refer to this page frequently to review our current terms and conditions of use.

### Copyright

The following elements of this website are the property of The Neiman Marcus Group LLC or our suppliers and are protected by United States and international copyright laws:

- All text, graphics, logos, button icons, images, audio clips, digital downloads, and data compilations—both individually and as they are compiled on the site.
- All software.

### Trademarks

The trademarks or trade dress of Neiman Marcus and our affiliates may not be used without our written permission. Trademarks or trade dress include the Neiman Marcus name and logo, and other graphics, logos, page headers, button icons, scripts, and service names of Neiman Marcus products, services, and programs, and those of our affiliates.

All other trademarks that appear on this site are the property of their respective owners, who may or may not be affiliated with, connected to, or sponsored by us or our affiliates.

### Patents

One or more patents may apply to this website, including without limitation: U.S. Patent Nos. 5,528,490 and 5,761,649.

### Use

You have permission to electronically copy and print hard copies of pages from this website solely for personal, non-commercial purposes related to placing an order or shopping with NeimanMarcus.com. Unless we give you written permission in advance, any other use of this website, its content, and its information, including linking or framing to this website, are strictly prohibited.

### Errors and inaccuracies

Our goal is to provide complete, accurate, and up-to-date information on our website. Unfortunately, it is not possible to ensure that any website is completely free of human or technological errors. This site may contain typographical mistakes, inaccuracies, or omissions, some of which may relate to pricing and availability, and some information may not be complete or current. We reserve the right to correct any errors, inaccuracies, or omissions—including after an order has been submitted—and to change or update information at any time without prior notice. We sincerely apologize for any inconvenience this may cause.

DocuSign Envelope ID: 52DA50C6-A8C8-4A1A-A5F8-CFD68242AC1A

## Disclaimer of liability

We make no representations or warranties of any kind, whether express or implied, with respect to this website, its content, or the information available on or through it; they are provided "as is," with all faults. Except as otherwise provided under applicable laws, we and our corporate affiliates, and the directors, officers, employees, agents, contractors, successors and assigns of each, will not be liable for any damages whatsoever arising out of or related to the use of this website or any other website linked to it. This limitation of liability applies to direct, indirect, consequential, special, punitive, or other damages you or others may suffer, as well as damages for lost profits, business interruption, or the loss of data or information, even if we are notified in advance of the potential for any such damages.

## No confidentiality

Except for information necessary to place an order, we do not want to receive confidential or proprietary information or trade secrets through this website. Any information, materials, suggestions, ideas, or comments sent to us will be deemed non-confidential, and by submitting it, you are granting us an irrevocable and unrestricted license to use, modify, reproduce, transmit, display, and distribute it for any purpose whatsoever, with no payment or other compensation to you. However, we will not use your name unless we are required by law to identify the source of the materials, information, suggestions, ideas, or comments, or unless we first obtain your permission.

## Applicable law

By visiting this website, you agree that the laws of the State of Texas, without regard to principles of conflict of laws, will govern these Conditions of Use and any dispute of any sort that might arise between you and us or any of our affiliates.

## Disputes

Any dispute relating in any way to your visit to our website or to products purchased here shall be submitted to confidential arbitration in Dallas, Texas. However, if you have in any manner violated or threatened to violate our intellectual property rights, we may seek injunctive or other appropriate relief in any state or federal court in the State of Texas. You consent to exclusive jurisdiction and venue in such courts. Any arbitration under this agreement shall be conducted under the prevailing rules of the American Arbitration Association. The arbitrator's award shall be binding and may be entered as a judgment in any court of competent jurisdiction. To the fullest extent permitted by applicable law, no arbitration with respect to this website or to products purchased here shall be joined to an arbitration involving any other party, whether through class arbitration proceedings or otherwise.

## Protecting your information

As part of our ongoing commitment to ensure that your shopping experience with NeimanMarcus.com is protected, NeimanMarcus.com will prosecute all unauthorized or fraudulent transactions to the fullest extent allowed by law.

Last Updated January 23, 2019

Exhibit A

5

DocuSign Envelope ID: 52DA50CC-ABC8-4A1A-A5F8-CFD68242AC1A

**−**   Mobile Terms of Use

NEIMAN MARCUS MOBILE APPLICATION TERMS OF USE

THE FOLLOWING TERMS OF USE ("TERMS OF USE") APPLY TO YOUR USE OF THE NEIMAN MARCUS MOBILE APP, WHICH IS CURRENTLY AVAILABLE IN THE APPLE® APP STORE. TO THE EXTENT YOU USE THE MOBILE APP TO ACCESS THE NEIMAN MARCUS WEBSITE, OR YOUR USE OF THE NEIMAN MARCUS MOBILE APP OTHERWISE INCLUDES THE USE OF THE NEIMAN MARCUS WEBSITE, THE POLICIES, TERMS AND CONDITIONS GOVERNING YOUR USE OF THE WEBSITE (COLLECTIVELY, THE "WEBSITE TERMS"), WHICH TERMS ARE AVAILABLE AT WWW.NEIMANMARCUS.COM, APPLY TO SUCH USE. IN THE EVENT OF A CONFLICT BETWEEN THE WEBSITE TERMS AND THESE TERMS OF USE, THESE TERMS OF USE SHALL CONTROL. You must download the Neiman Marcus mobile application known as the "NM App" onto your compatible mobile device (currently iOs devices) in order to use it. The NM App includes different services and your use of each service is subject to the service-specific terms described below, as well as the general terms applicable to your use of the NM App. The NM App offers the following services, as well as general NM App features:

- Shop
- Stores
- Image Recognition Service
- NM Connect
- InCircle
- Wish List
- Touch ID
- Express Checkout
- Help

The services available through the NM App and general NM App features are referred to individually as a "Service" and collectively as the "Services." The NM App operates on Apple Inc.'s ("Apple") iOS platform. These Terms of Use are between you and Neiman Marcus only (and not Apple), and Neiman Marcus, and not Apple, is solely responsible for the NM App and the Services as set forth in these Terms of Use. These Terms of Use are divided into three parts. Part One contains provisions that generally govern your use of the NM App. Part Two explains key terms that govern your use of the specific Services. Part Three contains additional legal terms, including provisions that limit our liability to you and govern any potential legal dispute. If you use a Service, you agree to these Terms of Use. By downloading the NM App, creating or using an Account (defined below), or clicking an "I Accept" button with regard to the use of the NM App, you acknowledge that you have read, agree with and accept all of the terms and conditions in these Terms of Use as well as our Privacy Policy ("Privacy Policy") which is available at neimanmarcus.com/service/sitemap.jsp and is incorporated in these Terms of Use by this reference. The Privacy Policy applies in addition to and is not intended to replace any other applicable privacy policy that may apply in connection with your use of the Services, including without limitation, any privacy policy between you and your payment card issuer.

Exhibit A

6

## Definitions

The following capitalized terms when used in these Terms of Use have the meanings set forth below.

"Image Recognition Service" means the SNAP. SHOP. FIND. service available through the NM App.
"Intellectual Property Rights" means all patent rights, copyright rights, mask work rights, moral rights, rights of publicity, trademark, trade dress and service mark rights, goodwill, trade secret rights and other intellectual property rights as may now exist or hereafter come into existence, and all applications therefore and registrations, renewals and extensions thereof, under the laws of any state, country, territory or other jurisdiction.
"Neiman Marcus," "we," "our" or "us" means The Neiman Marcus Group LLC, a Delaware limited liability company, having offices at 1618 Main Street, Dallas, Texas 75201 and our affiliates.
"Payment Card" means a valid credit card, debit card, prepaid card, or other card or payment method that we have decided are eligible to be registered by you to facilitate the processing of transactions.
"Payment Credentials" means your credit card, debit, prepaid card number(s) or other information necessary for Payment Card acceptance at the point-of-sale.
"Providers" means any licensor, supplier, or third party service provider to Neiman Marcus for any Service.
"Supported Device" means a compatible, mobile communications device, including specified operating system releases and specified mobile wireless carrier networks, which have been approved by Neiman Marcus for use with the NM App. As of the date of these Terms of Use, Apple® devices using iOS 4 and above are currently compatible with the NM App.
"Transaction Code" means the computer-generated QR code generated at your request that is necessary to allow you to use your Payment Card to initiate a payment transaction at a Store.
"You", "you" and "your" means a natural person that applies to use, or registers to use, the Services. "Website" or "Neiman Marcus Website" means the website maintained by Neiman Marcus.

## Part One:
## General Terms Governing Use of the NM App

1. NM App Installation and Registration.
You must install any and all NM App updates to continue to use the Services. You may use certain features of the NM App without creating an NM App user account ("Account"). For example, you may browse through the "Shop" Service or locate a store through the "Stores" Service. However, to use certain features and certain Services, you will be required to create and use an Account. This includes, without limitation, when you:

- Create or add to a Wish List;
- Purchase an item on the Website (though you may also check out as a guest or by using select third party services);

To sign up for an Account, you must provide your name and email, create a password, and select and answer three security questions. To make purchases, you will also need to provide billing information and payment card information. All information you provide during Account registration must be current, accurate and complete and you agree that you are responsible for maintaining the currency, accuracy, and completeness of your Account information to continue using the Services. We may send you reminders to review and update your Account information, including, without limitation, if we notice you have changed shipping addresses or if you have turned on Location Services while using the NM App, and are shopping at a Neiman Marcus store location. If you provide information to us through other means besides the NM App, for example, in-store, we may also use that information to update your Account information maintained in our databases. You may view your Account details in the "Account" section of the NM App.

**2. Help/Customer Service.**
**For questions or concerns about your use of the NM App or Services, you may contact us at 888-888-4757 or by email at**
**CustomerCareNM@neimanmarcus.com. You are solely responsible for contacting your payment card issuer for issues**
**relating to payment, card processing, debiting or crediting.**

3. Your Privacy.
Upon acceptance of these Terms of Use, you confirm that you have read, understood and accepted the Privacy Policy. Neiman
Marcus may collect the following data during your use of the Services:
Cardholder Name
Billing Address
Mobile Phone Number
Email Address
Payment Card Account Numbers
Expiration Dates
Security Codes
Mobile Phone Identifying Information
Geolocation Data (if you opt in)
Please see the Privacy Policy for more on our respective rights and obligations with respect to this data. Neiman Marcus
reserves the right to share your data with our Providers for the purpose of providing the Services.

4. Disclosures and Notices.
You agree that Neiman Marcus can provide these Terms of Use and Privacy Policy (and revisions or amendments), notices,
disclosures, payment authorizations, and any other matter relating to your use of the NM App or the Services to you electronically
by posting it on our Website, by posting it in the NM App or by emailing it to the email address provided by you in connection with
your NM Account. You further agree that such communications have the same meaning and effect as if we had provided you with
a paper copy. You should maintain copies of electronic communications by printing a paper copy or saving an electronic copy as
applicable. Electronic communications shall be deemed received by you when they are posted to or communicated to you
through the Website, or sent to the email address you provided at the time of Account registration or as subsequently revised by
you in your Account.

5. Supported Devices and Third Party Agreements.
You agree to comply with applicable third party agreements when using the NM App and Services such as any agreement
regarding your Supported Device with your device manufacturer or your agreement with your wireless carrier, including, without
limitation, messaging and data usage charges from your wireless carrier for your use of the Services. Neiman Marcus does not
warrant that the Services will be compatible with your Supported Device. Devices modified contrary to the manufacturer's software
or hardware guidelines, including but not limited to disabling hardware or software controls (sometimes referred to as
"jailbreaking") are not compatible mobile devices and those devices do not constitute Supporting Devices. You acknowledge that
the use of a modified device or any other device that is not a Supported Device to use the Services is expressly prohibited,
constitutes a violation of these Terms of Use, and is grounds for termination of your use of the NM App and Services. . You
acknowledge and agree that Apple, and Apple's subsidiaries, are third party beneficiaries of these Terms of Use, and that, upon
your acceptance of these Terms of Use, Apple will have the right (and will be deemed to have accepted the right) to enforce these
Terms of Use against you as a third party beneficiary thereof.

Exhibit A
8

6. Advertising, Promotions, and Service Messages.

The NM App may display advertisements and promotions. We may also send such advertisements and promotions to your in-app "Message Board". If you enable "Push Notifications" on your Supported Device, we may also push promotional offers to your Supported Device. You have the option to turn off such Push Notifications in your Supported Device's settings. In consideration for Neiman Marcus granting you access to and use of the NM App, you agree that Neiman Marcus may place such marketing messages on its NM App and may send marketing messages or messages related to the Services to you from Neiman Marcus. You will have the opportunity to opt-out of receiving future marketing text and email messages, however, we reserve the right to send you text and email messages about your Account and your use of the NM App.

7. Security.

We have implemented technical and organizational measures designed to secure your personal information from accidental loss and from unauthorized access, use, alteration or disclosure. However, we cannot guarantee that unauthorized third parties will never be able to defeat those measures or use your personal information for improper purposes. You acknowledge that you provide your personal information at your own risk.

8. Suspension or Termination.

We may, in our sole discretion without liability to you or any third party, terminate your use of the NM App and your access to some or all of the Services for any reason, including, but not limited to, inactivity or violation of these Terms of Use. Without limiting the foregoing, we also may suspend your access to the NM App or any of the Services if you: (a) have violated these Terms of Use, (b) pose a fraud or chargeback risk to us, or (c) provide us any false, incomplete, inaccurate, or misleading information or otherwise engage in fraudulent or illegal conduct. If we determine, in our sole discretion, that a payment card associated with an Account poses a fraud risk, we may suspend or terminate all Accounts associated with that payment card.

9. Effect of Termination.

**We will not be liable to you for compensation, reimbursement, or damages in connection with your use of the NM App or the Services, or any termination or suspension of the NM App, an Account or the Services. If your use of the NM App, an Account or any of the Services is terminated for any reason or no reason, you agree: (a) to continue to be bound by these Terms of Use and remain responsible for any transactions you have processed through use of the Services, (b) to immediately stop using the NM App, (c) that the license provided under these Terms of Use shall end, (d) that we reserve the right (but have no obligation) to delete all of your information and Account data stored on our servers, and (e) that neither Neiman Marcus nor any Provider shall be liable to you or any third party for termination of access to the NM App or the Services or deletion of your information or Account data.**

## Part Two:

## A. NM App Services

10. Shop.

The Shop service allows you to make purchases through the NM App. We may provide options for you to call, text, email or FaceTime a sales associate using the contact information that we make available. Please see the Website Terms of Use for more details.

11. Stores.

The Stores service allows you to locate our stores. If you turn on location services, the NM App will help you determine the closest store locations.

12. Image Recognition Service.

The Image Recognition Service allows you to submit to us photos of products that you take using your Supported Device to access the NM Mobile Site or on which the NM App is stored. We take these photos, compare them against products we have for sale, and, through the NM Mobile site and/or NM App, provide you with information regarding products we sell that are similar to the products in your photos. If you use the Image Recognition Service on your Supported Device, you agree to the following terms:

(a) to only submit photos using the Image Recognition Service that you have taken yourself, that you own and that you have the right to submit to us;

(b) to only take photos of products with the permission of the product owner;

(c) that we may send your photos to one or more third party service providers who assist us in providing the Image Recognition Service;

(d) that the photos and all data contained or appended to the computer file of your photo become our property once you submit them to us. (Please note that unless you include it in a photo, your photo file should not include any of your personal information);

(e) to use reasonable care to prevent harm to yourself and others when taking photos and uploading them to the Image Recognition Service;

(f) that the Image Recognition Service does not determine the manufacturer of or trademark(s) associated with the products imaged, but rather the Image Recognition Service searches our product database for similar items using shape, size and other physical characteristics. You agree to refrain from communicating any manufacturer's name or logo information to us except such information that happens to be captured in the photo itself;

(g) you may not use the Image Recognition Service to submit a photo of any person, including, but not limited to, any persons under the age of 18; and

(h) you understand that depending on your photo and other factors, the results you obtain from your use of the Image Recognition Service may not be satisfactory. You agree that we can use, and share with our third party service providers for their use, information we learn through your use of the Image Recognition Service. This information will not contain any personally identifiable information.

Image Recognition Service Last Updated September 15, 2015.

13. NM Connect.

NM Connect contains information about our products and services, including blog posts. If you post a comment on one of our blog posts, you agree that we may publish your comment in whole, or in part. We do not agree to post all comments received. We reserve the right to remove or modify any posting that is false, offensive, violates any law or the rights of third parties, violates these Terms of Use, or is defamatory or duplicative. By posting content, you warrant and represent that you own the rights to the content or are otherwise authorized to post, distribute, display, perform, transmit, or otherwise distribute the content and grant us the right to do the same. You hereby irrevocably waive any claims based on moral rights and similar theories, if any. We reserve the right to reveal your identity and the content of your submissions in response to legal action by any party, or in response to a request by governmental authority, or in our defense in an action to which we are a party.

14. InCircle.

If you use the InCircle Service on the NM App, you agree to the InCircle Terms & Conditions, available at www.incircle.com.

15. Wish List.

You may save items to your Wish List, which list may be stored and accessed in the future or shared with friends and family.

16. Touch ID.

Touch ID uses your fingerprint instead of a password to verify your identity when you log in or make a purchase. To use it, your device must be compatible with Touch ID and you must enable it on your device. Neiman Marcus is not responsible for the performance or security of your device or any hardware or software. You are solely responsible for keeping your login and credentials private and secure.

Exhibit A

10

DocuSign Envelope ID: 52DA50C6-A9C9-4A1A-A5E8-CFD68242AC1A

**17. Express Checkout.**

Express Checkout allows users to purchase a single item of merchandise through an expedited check-out process. By enabling Express Checkout, you agree that your payment method may be charged and your purchase completed by way of the Express Checkout process. Express Checkout is available only for purchases originating from and shipping to the Continental United States.

## Part Three:
## Additional Legal Terms

**18. Your License.**

Neiman Marcus grants to you a personal, limited, non-exclusive, revocable, non-transferable license, without the right to sublicense, to download and use the NM App and related Services on a Supported Device in the United States. You are granted this license for the limited use of using the NM App on a Supported Device that you own are control and as permitted by the Usage Rules set forth in the Apple App Store Terms of Service. The NM App includes software, programs, documentation, tools, internet-based services, components, and any updates (including software maintenance, service information, help content, bug fixes or maintenance releases) thereto provided to you by Neiman Marcus. Neiman Marcus is solely responsible for providing maintenance and support services with regard to this NM App and you acknowledge that Apple has no obligation whatsoever to furnish any maintenance and support services with respect to the NM App. Unless we have terminated these Terms of Use due to your breach or otherwise, you will be entitled to download updates to the NM App, subject to any additional terms made known to you at that time, when such updates are made available to you.

**19. Restrictions.**

While we want you to enjoy the Services, you may not, nor may you permit any third party to, do any of the following: (i) access or attempt to access systems, programs or data of Neiman Marcus or its Providers that are not made available for public use; (ii) copy, reproduce, republish, upload, post, transmit, resell or distribute in any way the NM App, Services or other material from Neiman Marcus or its Providers, or store or incorporate the NM App and/or Services into any information retrieval system, electronic, mechanical or otherwise; (iii) permit any third party to use or benefit from the NM App and/or the Services via a rental, lease, timesharing, service bureau or other arrangement; (iv) transfer any rights granted to you under these Terms of Use; (v) work around any of the technical limitations of the NM App and/or the Services, attempt to obtain unauthorized access to NM App and/or the Services that are restricted from general access, or use any tool to enable features or functionalities that are otherwise disabled in the NM App and/or the Services, or copy, emulate, clone, rent, lease, sell, commercially exploit, modify, decompile, disassemble, distribute, reverse engineer or otherwise transfer the NM App and/or the Services or any portion thereof; (vi) perform or attempt to perform any actions that would interfere with the security or proper working of the NM App and/or the Services, prevent access to or use of the NM App and/or the Services by other users, or impose an unreasonable or disproportionately large load on our infrastructure, as determined by us in our sole discretion; (vii) use the NM App and/or Services in any manner that could be deemed false and/or defamatory, abusive, vulgar, hateful, harassing, obscene, profane, threatening, invasive of a person's privacy, or in violation of any third party rights; (viii) fail to comply with any other requirements, restrictions or limitations imposed by Neiman Marcus or by your payment card issuer from time to time; or (viii) otherwise use the NM App and/or the Services except as expressly allowed under these Terms of Use.

The NM App and its Services may not be used in connection with the sale or exchange of any illegal goods or services or any other illegal transaction.

Exhibit A
11

20. Ownership.

The NM App and the Services are licensed and not sold to you. Neiman Marcus, on behalf of itself and its licensors and suppliers, reserves all rights not expressly granted to you in these Terms of Use. The NM App and Services are protected by copyright, trade secret and other intellectual property laws. You acknowledge and agree that Neiman Marcus, or its Providers, or their respective licensors owns or has the legal right and title to the copyright and other worldwide Intellectual Property Rights (as defined above) in the Services and the NM App and all copies thereof. These Terms of Use do not grant you any rights to the trademarks or service marks of Neiman Marcus or its Providers or their respective licensors.

You may choose to, or we may invite you to, submit information, materials, suggestions, comments or ideas about the NM App and/or the Services, including without limitation about how to improve the NM App and/or the Service or our other products or services ("Ideas"). By submitting any Idea, **you are granting us an irrevocable and unrestricted license to use, modify, reproduce, transmit, display, and distribute it for any purpose whatsoever, including, but not limited to, by improving the NM App or the Services using your Idea** with no payment or other compensation to you. You further acknowledge that, by acceptance of your submission, Neiman Marcus does not limit or waive any rights to use similar or related ideas previously known to Neiman Marcus, or developed by its employees, or obtained from sources other than you.

In the event of any third party claim that the NM App or the Service or your possession and use of the NM App or the Services infringes that third party's Intellectual Property Rights, Neiman Marcus, not Apple, will be solely responsible for the investigation, defense, settlement and discharge of any such intellectual property infringement claim.

21. Relationship of the Parties.

Nothing in these Terms of Use will be construed as creating a joint venture, partnership, employment or agency relationship between you and Neiman Marcus, and you do not have any authority to create any obligation or make any representation on Neiman Marcus' behalf.

22. Indemnity.

You will indemnify and defend Neiman Marcus and our Providers (and our respective employees, directors, agents, affiliates and representatives) from and against any and all claims, costs, losses, damages, judgments, tax assessments, penalties, interest, and expenses (including without limitation reasonable attorneys' fees) arising out of any claim, action, audit, investigation, inquiry, or other proceeding instituted by a person or entity that arises out of or relates to: (a) any actual or alleged breach of your representations, warranties, or obligations set forth in these Terms of Use, including without limitation any violation of our policies or the Networks' rules; (b) your wrongful or improper use of the NM App and/or the Services; (c) any transaction submitted by you through the Services (including without limitation the accuracy of any payment information that you provide or any claim or dispute arising out of goods or services purchased by you); (d) your violation of any third-party right, including without limitation any right of privacy, publicity right or Intellectual Property Right; (e) your violation of any law, rule or regulation of the United States or any other country; and (f) any other party's access and/or use of the Services with your Supported Device and/or your unique username, password or other appropriate security code.

23. Representation and Warranties.

You represent and warrant to us that: (a) you are at least eighteen (18) years of age; (b) you are eligible to register and use the Services and have the right, power, and ability to enter into and perform under these Terms of Use; (c) the name identified by you when you registered is your name; (d) you will fulfill all of your obligations to Neiman Marcus when you submit a transaction using the Services; (e) you and all transactions using the Services initiated by you will comply with all federal, state, and local laws, rules, and regulations applicable to you, including any applicable tax laws and regulations; (f) you will not use the Service, directly or indirectly, for any fraudulent undertaking or in any manner so as to interfere with the use of the Service; (g) your primary residence is located in the United States; (h) you are not located in a country that is subject to a U.S. Government embargo, or that has been designated by the U.S. Government as a "terrorist supporting" country; (i) you are not listed on any U.S. Government list of prohibited or restricted parties; and (j) you own the payment card(s) you are registering and such payment card(s) have been issued in your name.

DocuSign Envelope ID: 52DA50CC-ABC9-4A1A-A5F8-CFD68242AC1A

24. No Warranties.

TO THE EXTENT ALLOWED BY APPLICABLE LAW, THE NM APP AND THE SERVICES ARE PROVIDED ON AN "AS IS", "AS AVAILABLE" AND "WITH ALL FAULTS" BASIS. USE OF THE NM APP AND THE SERVICES ARE AT YOUR OWN RISK. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, THE NM APP AND THE SERVICES ARE PROVIDED WITHOUT WARRANTIES OF ANY KIND, WHETHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE OR NON-INFRINGEMENT. NO ADVICE OR INFORMATION, WHETHER ORAL OR WRITTEN, OBTAINED BY YOU FROM NEIMAN MARCUS, THE PROVIDERS, THEIR RESPECTIVE LICENSORS, OR THROUGH THE NM APP OR THE SERVICE WILL CREATE ANY WARRANTY NOT EXPRESSLY STATED HEREIN. WITHOUT LIMITING THE FOREGOING, NEITHER NEIMAN MARCUS NOR THE PROVIDERS, NOR THEIR RESPECTIVE LICENSORS, PROVIDERS, AFFILIATES, AGENTS, DIRECTORS, AND EMPLOYEES WARRANT (i) THAT THE CONTENT IS ACCURATE, RELIABLE OR CORRECT; (ii) THAT THE NM APP OR THE SERVICES WILL MEET YOUR REQUIREMENTS; (iii) THAT THE NM APP OR THE SERVICES WILL BE AVAILABLE AT ANY PARTICULAR TIME OR LOCATION, UNINTERRUPTED, ERROR-FREE OR SECURE; (iv) THAT ANY DEFECTS OR ERRORS WILL BE CORRECTED; OR (v) THAT THE NM APP OR THE SERVICES AND RELATED SOFTWARE ARE OR WILL BE FREE OF VIRUSES, BUGS OR OTHER HARMFUL COMPONENTS. ANY CONTENT DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE USE OF THE NM APP OR THE SERVICES ARE DOWNLOADED AT YOUR OWN RISK AND YOU WILL BE SOLELY RESPONSIBLE FOR ANY DAMAGE TO YOUR SUPPORTED DEVICE OR OTHER PROPERTY OR LOSS OF DATA THAT RESULTS FROM SUCH DOWNLOAD OR USE OF THE SERVICE.

NEITHER NEIMAN MARCUS NOR ANY OF ITS PROVIDERS WARRANTS, ENDORSES, GUARANTEES, OR ASSUMES RESPONSIBILITY FOR ANY PRODUCT OR SERVICE ADVERTISED OR OFFERED BY A THIRD PARTY THROUGH THE NM APP OR THE SERVICES OR ANY HYPERLINKED WEBSITE OR SERVICE, OR FEATURED IN ANY BANNER OR OTHER ADVERTISING, AND NEITHER NEIMAN MARCUS NOR ITS PROVIDERS WILL BE A PARTY TO OR IN ANY WAY MONITOR ANY TRANSACTION BETWEEN YOU AND THIRD-PARTY PROVIDERS OF PRODUCTS OR SERVICES.

TO THE EXTENT THAT ANY NM APP WARRANTIES ARE NOT EFFECTIVELY DISCLAIMED, AS BETWEEN APPLE AND NEIMAN MARCUS, NEIMAN MARCUS IS SOLELY RESPONSIBLE FOR ANY NM APP WARRANTIES.

IN THE EVENT OF ANY FAILURE OF THE NM APP TO CONFORM TO ANY APPLICABLE WARRANTY, APPLE WILL HAVE NO WARRANTY OBLIGATION WHATSOEVER WITH RESPECT TO THE NM APP, AND ANY OTHER CLAIMS, LOSSES, LIABILITIES, DAMAGES, COSTS OR EXPENSES ATTRIBUTABLE TO ANY FAILURE TO CONFORM TO ANY WARRANTY WILL BE NEIMAN MARCUS'S SOLE RESPONSIBILITY.

25. LIMITATION OF LIABILITY AND DAMAGES.

TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT SHALL NEIMAN MARCUS, OR THE PROVIDERS, OR THEIR RESPECTIVE LICENSORS, SUPPLIERS, AFFILIATES, AGENTS, DIRECTORS AND EMPLOYEES BE LIABLE FOR ANY DIRECT, INDIRECT, PUNITIVE, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR EXEMPLARY DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOSS OF PROFITS, GOODWILL, USE, DATA OR OTHER INTANGIBLE LOSSES, OR BUSINESS INTERRUPTION THAT RESULT FROM THE USE OF, INABILITY TO USE, OR UNAVAILABILITY OF THE NM APP OR THE SERVICES. UNDER NO CIRCUMSTANCES WILL NEIMAN MARCUS OR THE PROVIDERS, OR THEIR RESPECTIVE LICENSORS, SUPPLIERS, AFFILIATES AGENTS, DIRECTORS OR EMPLOYEES BE RESPONSIBLE FOR ANY DAMAGE, LOSS OR INJURY RESULTING FROM HACKING, TAMPERING OR OTHER UNAUTHORIZED ACCESS OR USE OF THE SERVICE OR THE NM APP OR THE INFORMATION CONTAINED THEREIN.

TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER NEIMAN MARCUS, NOR THE PROVIDERS, NOR THEIR RESPECTIVE LICENSORS, SUPPLIERS, AFFILIATES, AGENTS, DIRECTORS, OR EMPLOYEES ASSUME ANY LIABILITY OR RESPONSIBILITY FOR ANY (I) ERRORS, MISTAKES, OR INACCURACIES OF CONTENT; (II) PERSONAL INJURY OR PROPERTY DAMAGE, OF ANY NATURE WHATSOEVER, RESULTING FROM YOUR ACCESS TO OR USE OF THE SERVICES OR NM APP; (III) ANY UNAUTHORIZED ACCESS TO OR USE OF OUR SECURE SERVERS OR ANY AND ALL PERSONAL INFORMATION STORED THEREIN; (IV) ANY INTERRUPTION OR CESSATION OF TRANSMISSION TO OR FROM THE SERVICE; (V) ANY BUGS, VIRUSES, TROJAN HORSES, OR THE LIKE THAT MAY BE TRANSMITTED TO OR THROUGH THE SERVICE BY ANY THIRD PARTY; (VI) ANY ERRORS OR OMISSIONS IN ANY CONTENT OR FOR ANY LOSS OR DAMAGE INCURRED AS A RESULT OF THE USE OF ANY CONTENT POSTED, EMAILED, TRANSMITTED, OR OTHERWISE MADE AVAILABLE THROUGH THE SERVICE; AND/OR (VII) USER CONTENT OR THE DEFAMATORY, OFFENSIVE, OR ILLEGAL CONDUCT OF ANY THIRD PARTY.

EXCEPT AS OTHERWISE PROVIDED BY APPLICABLE LAW, IN NO EVENT SHALL NEIMAN MARCUS, OR THE PROVIDERS, OR THEIR RESPECTIVE LICENSORS, SUPPLIERS, AFFILIATES, AGENTS, DIRECTORS, OR EMPLOYEES BE LIABLE TO YOU FOR ANY CLAIMS, PROCEEDINGS, LIABILITIES, OBLIGATIONS, DAMAGES, LOSSES OR COSTS ARISING OUT OF OR RELATED TO YOUR USE OF THE NM APP OR THE SERVICES IN AN AMOUNT EXCEEDING $10.00.

THIS LIMITATION OF LIABILITY SECTION APPLIES WHETHER THE ALLEGED LIABILITY IS BASED ON CONTRACT, TORT, NEGLIGENCE, STRICT LIABILITY, OR ANY OTHER BASIS, EVEN IF NEIMAN MARCUS OR THE PROVIDERS, OR THEIR RESPECTIVE LICENSORS OR SUPPLIERS HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGE. THE FOREGOING LIMITATION OF LIABILITY SHALL APPLY TO THE FULLEST EXTENT PERMITTED BY LAW IN THE APPLICABLE JURISDICTION. Please note that some jurisdictions do not allow such a limitation or exclusion of certain warranties and conditions, or the disclaimer of some types of damages, so some of the above may not apply to you.

The Services are controlled and operated from facilities in the United States. You agree not to use the Services outside of the United States and Neiman Marcus makes no representations that the Services are appropriate or available for use in locations outside of the United States. You may not use the Services if you are a resident of a country other than the United States. Unless otherwise explicitly stated, all materials related to the Services are solely directed to individuals, companies, or other entities located in the United States.

You acknowledge that Neiman Marcus, not Apple, is responsible for addressing any claims of you or any third party relating to the NM App or your possession and/or use of the NM App, including, but not limited to: (i) product liability claims; (ii) any claim that the NM App fails to conform to any applicable legal or regulatory requirement; and (iii) claims arising under consumer protection or similar legislation.

26. Entire Agreement and Severability.
Except as expressly provided in these Terms of Use, these terms are a complete statement of the agreement between you and Neiman Marcus, and describe the entire liability of Neiman Marcus, and its vendors and suppliers (including processors) and your exclusive remedy with respect to your access and use of the Services. If any provision of these Terms of Use is deemed to be invalid or unenforceable under applicable law, then it shall be changed and interpreted to accomplish the objectives of such provision to the greatest extent possible under applicable law, and the remaining provisions will continue in full force and effect.

27. Interpretation.
Headings and captions are for convenience only and shall not be considered included for purposes of interpretation. Words such as "hereof," "herein," and "hereunder" shall mean and refer to these entire Terms of Use, rather than any particular part of the same. The term "including" shall mean "including, without limitation". Whenever used herein, the singular shall include the plural, the plural shall include the singular, and the use of any gender shall be applicable to all genders.

28. Waiver.
Our failure or delay to exercise or enforce any provision or right contained in these Terms of Use shall not be deemed a waiver of such provision or right.

29. Governing Law.
By using the NM App or the Services, you agree that the laws of the State of Texas, without regard to principles of conflict of laws, will govern these Terms of Use and any dispute of any sort that might arise between you and us.

30. Disputes.
Any dispute relating in any way to your use of the Services or to products purchased using the Services shall be submitted to confidential arbitration in Dallas, Texas. However, if you have in any manner violated or threatened to violate our intellectual property rights, we may seek injunctive or other appropriate relief in any state or federal court in the State of Texas. You consent to exclusive jurisdiction and venue in such courts. Any arbitration under these Terms of Use shall be conducted under the prevailing rules of the American Arbitration Association. The arbitrator's award shall be binding and may be entered as a judgment in any court of competent jurisdiction. To the fullest extent permitted by applicable law, no arbitration with respect to the Services or to products purchased using the Services shall be joined to an arbitration involving any other party, whether through class arbitration proceedings or otherwise.

DocuSign Envelope ID: 52DA50CC-ABC9-4A1A-A5F8-CFD68242AC1A

31. Limitation on Time to Commence Legal Proceedings.

Unless otherwise required by law, any action or proceeding by you to enforce an obligation, duty, or right arising under these Terms of Use or by law must commence within one year after the cause of action accrues.

32. Right to Amend or Modify the Terms of Use.

We have the right, at our sole discretion, to change or add to these Terms of Use at any time, and to change, delete, discontinue, or impose conditions on any feature or aspect of the NM App or Services with notice that we in our sole discretion deem to be reasonable in the circumstances. Such modifications will become effective upon our posting them in the NM App and/or on our Website. You may request the current Terms of Use by email at CustomerCareNM@neimanmarcus.com. We may also provide notice to you when you access the NM App or the Services. Any use of the NM App or the Services after publication of any such changes shall constitute your acceptance of and agreement to the Terms of Use as modified.

33. Assignment.

These Terms of Use, and any rights and licenses granted hereunder, may not be transferred or assigned by you, but may be assigned by Neiman Marcus without restriction.

34. Notice.

Notice to Neiman Marcus must be sent by postal mail to: PO Box 729080, Dallas, TX 75372 or by email to CustomerCareNM@neimanmarcus.com. Notice to you may be made by SMS text message to your mobile phone number associated with your Account, by posting a notice through the NM App or by email to your email address associated with your Account. Please keep your mobile phone number and email address in your Account information up to date.

35. Links to Other Websites; Social Media.

Neiman Marcus expressly disclaims any liability arising out of or related to your access of third party websites. Please remember that when you use a link to go to another website, our Privacy Policy is no longer in effect. Your browsing and interaction on any other website is subject to that website's own rules, policies, terms and conditions. You agree that you access any such website at your own risk, and that your use of the website is not governed by these Terms of Use.

We may allow you to use Facebook, Twitter, email and other social networking platforms (collectively, "Social Media") in order to communicate and share information about the NM App and the Services. If you choose to use Social Media, you are solely responsible for ensuring that your use complies with all applicable laws, rules and regulations, these Terms of Use, and any terms, conditions and restrictions of the particular Social Media. Neiman Marcus is not responsible for any emails you send or receive using this feature.

If you share information to another person through email functionality, you represent and warrant that you have the authority to provide the recipient's email address and expressly authorize us to send the email on your behalf. In addition, the recipient must be a permanent, legal resident of the 50 United States or the District of Columbia, who is at or above the legal age of majority in their jurisdiction of residence. We may elect not to transmit any email if the recipient has opted out of receiving emails from Neiman Marcus and the opt out applies to this type of email.

36. Export Laws.

You acknowledge that applicable laws and regulations of the United States and other countries may restrict the export and re-export of the NM App. You agree that you will not export or re-export the NM App in any form or to any recipient whether inside or outside the United States in violation of applicable United States and foreign law.

37. Survival.

All terms and conditions in these Terms of Use that by their nature are continuing will survive the termination of these Terms of Use.

For questions or concerns about your use of the NM App or Services, you may contact us at 888-888-4757 or by email at CustomerCareNM@neimanmarcus.com.

Last Updated October 15, 2021

Exhibit A
15