JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA ZAIMI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE NEIMAN MARCUS GROUP, LLC, a Delaware limited liability company; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-02972-AB-SK<br><br>[PROPOSED] ORDER RE: STIPULATION FOR DISMISSAL OF ACTION PURSUANT TO F.R.C.P. 41(a) |

Having considered the parties' stipulation for dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and good cause appearing therefor, IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice as to Plaintiff Christina Zaimi's individual claims and without prejudice as to the claims of the putative class. The parties shall each bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: January 17, 2023

_____
HON. ANDRÉ BIROTTE JR.
U.S. DISTRICT COURT JUDGE